■ BARRY LEVITESS et al., Appellants-Respondents, v PINE TOP INSURANCE COMPANY, Respondent, and JUDD ASSOCIATES, LTD., Appellant and Third-Party Plaintiff. TRUE MANAGEMENT CORPORATION, Third-Party Defendant. — Judgment, Supreme Court, New York County (Jerome W. Marks, J.), entered on September 28, 1982, unanimously affirmed. Defendant-respondent shall recover of plaintiffs-appellants-respondents and defendant-appellant one bill of $75 costs and disbursements of this appeal. The appeal from the order of said court, entered on September 10, 1982 is dismissed without costs and without disbursements, as having been subsumed in the appeal from the judgment. No opinion. Concur — Sandler, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER CORCHADO, Appellant. — Judgment, Supreme Court, New York County (Milton Williams, J.), rendered on May 25, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE SIMMS, Appellant. — Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on April 14, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ In the Matter of HOWARD J. DILLER, on behalf of JAMES SHELTON, Petitioner, v MARTIN EVANS et al., Respondents. — Application for a writ of mandamus (denominated a writ of prohibition in the moving papers), deemed to be one for leave to appeal to this court from the denial of a postjudgment motion, and said application referred to Justice Sidney H. Asch for hearing and determination. [See 96 AD2d 1017.] Concur — Sandler, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v JAMES SHELTON. — Asch, J. Application for leave to appeal from an order of the Supreme Court, New York County, granted, said appeal to be heard during the November, 1983 Term, as indicated in the order entered hereon. [96 AD2d 1017.]

## (September 20, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN HANNON, Appellant. — Judgment, Supreme Court, New York County (Morris Goldman, J.), rendered on February 23, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Carro, Milonas and Alexander, JJ.